FILED'08 AUG 18 11:35USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CRYSTAL BUCK-BARNES,                          07-CV-808-PK

       Plaintiff,                         JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.

    Based on the Court's Opinion and Order (#  ) issued August 18, 2008, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 18th day of August, 2008.

                                */s/ Anna J. Brown*
                                ANNA J. BROWN
                                United States District Judge

1 - JUDGMENT OF REMAND